PER CURIAM.
Affirmed. Rodriguez v. State, 75 So.3d 391 (Fla. 4th DCA 2011); Davis v. State, 69 So.3d 315 (Fla. 4th DCA 2011) (citing Hernandez v. State, 61 So.3d 1144 (Fla. 3d DCA 2011)), rev. granted, 81 So.3d 414 (Fla.2012), disagreed with on other grounds by Lopez v. State, 84 So.3d 389 (Fla. 4th DCA 2012); State v. Green, 944 So.2d 208 (Fla.2006). See also Smith v. State, 85 So.3d 551 (Fla. 4th DCA 2012).
MAY, C.J., POLEN and DAMOORGIAN, JJ., concur.